**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| LISA ARNOLD, BRANDI TROUT, and SANDRA GOLDEN-WOOD, on behalf of the Churchill Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL PAREDES, PRUDENT FIDUCIARY SERVICES, LLC, LAWSON H. HARDWICK, III, MATTHEW C. CLARKE, AND CECIL O. KEMP, JR.,<br><br>Defendants. | Case Number 3:23-CV-00545<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Barbara D. Holmes |

**DEFENDANTS PRUDENT FIDUCIARY SERVICES, LLC AND MIGUEL PAREDES' MOTION TO DISMISS**

Defendants Prudent Fiduciary Services, LLC, and Miguel Paredes (the "Trustee Defendants") submit this Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiffs bring legally deficient claims and/or fail to plead claims for which relief can be granted. Accordingly, and for the reasons addressed in Trustee Defendants' accompanying Memorandum, the claims against the Trustee Defendants should be dismissed in their entirety.

In support of their motion, the Trustee Defendants contemporaneously submit their memorandum of law, Declaration of Lars C. Golumbic, and all exhibits thereto.

Dated: August 8, 2023

Respectfully submitted,

*/s/ Lars C. Golumbic*
Lars C. Golumbic0
(admitted *pro hac vice*)
Andrew D. Salek-Raham
(admitted *pro hac vice*)
Claire M. Lally
(admitted *pro hac vice*)
Groom Law Group, Chartered
1701 Pennsylvania Avenue, NW, Suite 1200
Washington, DC 20006
(202) 861-6615
lgolumbic@groom.com
asalek-raham@groom.com
clally@groom.com

Mark E. Stamelos (TN 021021)
FORDHARRISON LLP
150 Third Ave South, Suite 2010
Nashville, Tennessee 37201
Telephone: (615) 574-6700
Facsimile: (615) 574-6701
mstamelos@fordharrison.com

*Counsel for Miguel Paredes and Prudent Fiduciary Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via the Court's CM/ECF system this the 8th day of August 2023, upon:

Alyson S. Beridon
Herzfeld, Suetholz, Gastel, Leniski and Wall, PLLC
425 Walnut St.
Ste 2315
Cincinnatti, OH 45202
Email: alyson@hsglawgroup.com

Benjamin A. Gastel
Herzfeld, Suetholz, Gastel, Leniski and Wall, PLLC
223 Rosa L Parks Ave.
Ste 300
Nashville, TN 37203
Email: ben@hsglawgroup.com

Christopher M. Barrett
Douglas P. Needham
Robert Izard
Izard, Kindall & Raabe, LLP
29 South Main Street
Suite 305
West Hartford, CT 06107
Email: cbarrett@ikrlaw.com
Email: dneedham@ikrlaw.com
Email: firm@snlaw.net

Gregory Y. Porter
Mark G. Boyko
Ryan T. Jenny
Bailey Glasser LLP
1055 Thomas Jefferson St, N.W.
Suite 540
Washington, DC 20007
Email: gporter@baileyglasser.com
Email: mboyko@baileyglasser.com
Email: rjenny@baileyglasser.com

*/s/ Lars C. Golumbic*
Lars C. Golumbic