**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| LISA ARNOLD, BRANDI TROUT, and SANDRA GOLDEN-WOOD, on behalf of the Churchill Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL PAREDES, PRUDENT FIDUCIARY SERVICES, LLC, LAWSON H. HARDWICK, III, MATTHEW C. CLARKE, AND CECIL O. KEMP, JR., | Case Number 3:23-CV-00545<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Barbara D. Holmes |

**DECLARATION OF LARS C. GOLUMBIC IN SUPPORT OF DEFENDANTS MIGUEL PAREDES AND PRUDENT FIDUCIARY SERVICES, LLC'S MOTION TO DISMISS**

Pursuant to section 1746 of Title 28 of the United States Code, I, **LARS C. GOLUMBIC**, declare the following:

1. I am over the age of 18, and I am otherwise fully competent to testify to the matters stated in this Declaration.

2. I am a Principal at Groom Law Group, Chartered in Washington, DC. I represent Defendants Prudent Fiduciary Services, LLC, and Miguel Paredes (the "PFS Defendants") in the above captioned matter.

3. I make this Declaration in support of the PFS Defendants' Motion to Dismiss.

4. Attached as **Exhibit A** is an excerpt of a true and correct copy of Vaughn Gordy, et al., National Center for Emp. Ownership, LEVERAGED ESOPS AND EMPLOYEE BUYOUTS (6th ed. 2017).

5. Attached as **Exhibit B** is a true and correct copy of the Churchill Holdings, Inc. Employee Stock Ownership Plan Document effective January 1, 2020.

6. Attached as **Exhibit C** is a true and correct copy of the Form 5500 for Churchill Holdings, Inc. Employee Stock Ownership Plan for the plan year 2019.

7. Attached as **Exhibit D** is a true and correct copy of the Churchill Holdings, Inc. Employee Stock Ownership Trust Agreement between Churchill Holdings, Inc. and Miguel Paredes.

8. Attached as **Exhibit E** is a true and correct copy of the Form 5500 for Churchill Holdings, Inc. Employee Stock Ownership Plan for the plan year 2021.

9. Attached as **Exhibit F** is an excerpt of a true and correct copy of Mark Grinblatt and Sheridan Titman, *Financial Markets and Corporate Strategy* (Irwin/McGraw-Hill, 2d ed. 2002).

10. Attached as **Exhibit G** is an excerpt of a true and correct copy of Brealey, Myers, and Allen, Principles of Corporate Finance (10th ed. 2011).

11. Attached as **Exhibit H** is a true and correct copy of A. El-Tahch, et al., Warranting Further Discussion: Why the Use of Financing Warrants in ESOP Transactions Benefits American Workers 41 Bus. Val. Rev. 8 (2022)

12. Attached as **Exhibit I** is an excerpt of a true and correct copy of Shannon P. Pratt, *Valuing a Business: The Analysis of Closely Held Companies* (McGraw-Hill 5th ed. 2008).

13. Attached as **Exhibit J** is an excerpt of a true and correct copy of Shannon P. Pratt, *Business Valuation Discounts and Premiums* (2nd ed. 2009)

14. Attached as **Exhibit K** is a true and correct copy of the redacted Engagement Agreement between Churchill Holdings, Inc. and Miguel Paredes dated July 10, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2023.

*/s/ Lars C. Golumbic*
Lars C. Golumbic