# EXHIBIT F

© The McGraw–Hill Companies, 2002



**MIPS.** One of the biggest advantages of preferred stock is that it allows corporations to issue a debtlike security without lowering the ratings on their existing debt. However, in contrast to a debt security with its tax-deductible interest, preferred stock has the disadvantage that its dividends are not tax deductible. In response to the desire for a security that provides the best of debt and preferred equity, investment bankers have developed a security they call either MIPS (monthly income preferred securities) or trust preferred securities.

**Texaco's Monthly Income Preferred Securities (MIPS)**
In October 1993 Goldman Sachs and Texaco brought the first MIPS issue to market. **Monthly income preferred securities (MIPS)** combine features of debt and equity. Like equity, they pay dividends, they can be perpetual, the dividends can be deferred if there are cash flow problems, and they aren't counted as debt on the firm's balance sheet. Like debt, however, they carry a fixed payment, they are rated by the rating agencies, and the payments to investors are classified as tax-deductible interest. The cash flows can be dividends to investors and interest to the firm through a special tax trick in which a wholly owned financing subsidiary is created that issues the preferred stock and then loans the proceeds to the parent company. The interest payments are passed back to the subsidiary, which records these payments as dividends to investors who are classified as partners of the subsidiary. This convoluted arrangement allowed Texaco to issue MIPS at their A-rated dividend yield of 6.875 percent but to have an after-tax financing rate of approximately 4.6 percent per year.

Source: Reprinted by permission of *The Wall Street Journal*, © 1995 Dow Jones & Company, Inc. All Rights Reserved Worldwide.

A key distinction between a MIPS and a typical preferred security is that the MIPS can defer the dividends for only five years while standard preferred stock can defer the dividends indefinitely. Unlike standard preferred stock, MIPS can force the firm into bankruptcy for failure to pay the dividend on this instrument. The Internal Revenue Service (IRS) has ruled that this distinction is sufficient to make the dividends on MIPS tax deductible, which in turn implies that corporate holders of these instruments are taxed on the entire dividend.[6]

## *Warrants*

There are several other equity-related securities that firms issue to finance their operations. Firms sometimes issue **warrants**, which are long-term call options on the issuing firm's stock. **Call options**[7] give their holders the right to buy shares of the firm at a prespecified price for a given period of time. These options are often included as part of a **unit offering**, which includes two or more securities offered as a package. For example, firms might try to sell one common share and one warrant as a unit. Schultz (1990) suggested that this kind of unit offering serves as a form of staged financing in which investors have an option to either invest more in the firm if it is successful or to shut it down by refusing to invest at the option's prespecified price. Warrants also are often bundled with a firm's bond and preferred stock offerings.

## *Volume of Financing with Different Equity Instruments*

Exhibit 3.1 shows the annual amounts of common and preferred stock that firms issued during the 1990s. As you can see, common stock dominates preferred stock by a wide margin; more than 80 percent of equity financing is in common stock. In 2000, for

[6] MIPS are sold almost exclusively to individual investors.
[7] Call options will be discussed in more detail in Chapters 7 and 8.