IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **LISA ARNOLD, BRANDI TROUT, and SANDRA GOLDEN-WOODS, on behalf of the Churchill Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,** | |
| **Plaintiffs,** | **Case No. 3:23-cv-00545** |
| **v.** | |
| **MIGUEL PAREDES, PRUDENT FIDUCIARY SERVICES, LLC, LAWSON H. HARDWICK, III, MATTHEW C. CLARKE, AND CECIL O. KEMP, JR.,** | |
| **Defendants.** | |

**DECLARATION OF GREGORY Y. PORTER
IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR CLASS
CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

I, Gregory Y. Porter, pursuant to 28 U.S.C. § 1746 declare as follows:

1. I am a partner with the law firm of Bailey Glasser LLP ("Bailey Glasser"), co-counsel for the Plaintiffs Lisa Arnold, Brandi Trout, and Sandra Golden-Woods. I make this declaration in support of Plaintiffs' Unopposed Motion for Class Certification and Appointment of Class Counsel under Rule 23 of the Federal Rules of Civil Procedure.

2. This case involves the Churchill Holdings, Inc. Employee Stock Ownership Plan (the "Plan").

3. Attached as **Exhibit 1** is the Churchill Holdings, Inc. Employee Stock Ownership Plan's 2020 Form 5500 Annual Return/Report.

4. Attached as **Exhibit 2** is the Churchill Holdings, Inc. Employee Stock Ownership Plan's 2019 Form 5500 Annual Return/Report.

5. Attached as **Exhibit 3** is the Churchill Holdings, Inc. Employee Stock Ownership Plan's 2018 Form 5500 Annual Return/Report.

6. On July 25, 2024, Defendants deposed Plaintiff Sandra Golden-Woods. Attached as **Exhibit 4** is a true and correct copy of relevant excerpts taken from Plaintiff Golden-Woods' deposition transcript.

7. On July 25, 2024, Defendants deposed Plaintiff Lisa Arnold. Attached as **Exhibit 5** is a true and correct copy of relevant excerpts taken from Plaintiff Arnold's deposition transcript.

8. On July 26, 2024, Defendants deposed Plaintiff Brandi Trout. Attached as **Exhibit 6** is a true and correct copy of relevant excerpts taken from Plaintiff Trout's deposition transcript.

9. Attached as **Exhibit 7** is a true and correct copy of deposition exhibit 6, which includes Sandra Golden-Woods' Plan account statements.

10. Attached as **Exhibit 8** is a true and correct copy of deposition exhibit 20, which includes Lisa Arnold's Plan account statements.

11. Attached as **Exhibit 9** is a true and correct copy of deposition exhibit 24, which includes Brandi Trout's account statements.

12. In this matter, Bailey Glasser attorneys have diligently prosecuted this action by investigating and preparing the Complaint; meeting and conferring with defense counsel; successfully defending against Defendants' Motions to Dismiss; propounding and responding to discovery requests from Defendants and issuing document subpoenas to third parties; reviewing

over 3,200 documents produced to date in discovery; defending depositions; and preparing the instant Motion for certification of a class.

13. Bailey Glasser attorneys on this case have a successful track record as lead counsel or co-lead counsel for classes in numerous cases alleging violations of ERISA by ESOP fiduciaries, including:

- Setting pleading standards for private company ESOP litigation. *Allen v. GreatBanc Tr. Co.*, 835 F.3d 670 (7th Cir. 2016);
- Obtaining a nearly $30 million judgment for an ESOP at trial and defending the judgment on appeal, which established standards for ESOP fiduciaries. *Brundle v. Wilmington Trust N.A.*, 241 F. Supp. 3d 610 (E.D. Va. 2017), *aff'd*, 919 F.3d 763 (4th Cir. 2019);
- Obtaining a $13.36 million settlement after week of trial. *Nistra v. Reliance Trust Co.*, No. 16 C 4773 (N.D. Ill.); and
- Settling several ESOP disputes before trial: *Jessop v. Larsen*, No. 14-cv-00916 (D. Utah) ($19.8MM settlement); *Swain v. Wilmington Tr., N.A.*, No. 17-071 (D. Del.) ($5MM); *Casey v. Reliance Tr. Co.*, No. 18-cv-00424 (E.D. Tex.) ($6.25MM); *Choate v. Wilmington Tr., N.A.*, No. 17-cv-250 (D. Del.) ($19.5MM); *Blackwell v. Bankers Tr. Co.*, No. 18-cv-141 (S.D. Miss.) ($5MM); *Fink v. Wilmington Tr., N.A.*, No. 19-cv-1193 (D. Del.) ($5.5MM); *Godfrey v. GreatBanc Tr. Co.*, No. 18-cv-7918 (N.D. Ill.) ($16.5MM).

14. Biographical details for the Bailey Glasser attorneys who work on the case are included at the end of the Firm's resume, attached as **Exhibit 10** to this declaration.

15. All Defendants have represented that they do not oppose the motion.

Dated: August 2, 2024

*/s/ Gregory Y. Porter*
Gregory Y. Porter