UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LISA ARNOLD, BRANDI TROUT, and SANDRA GOLDEN-WOODS, on behalf of the Churchill Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL PAREDES, PRUDENT FIDUCIARY SERVICES, LLC, LAWSON H. HARDWICK, III, MATTHEW C. CLARKE, and CECIL O. KEMP, JR.<br><br>Defendants. | CASE NO. 3:23-cv-00545<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Barbara D. Holmes |

## JOINT MOTION TO ESTABLISH DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to the Court's February 4, 2025 Order (ECF No. 93), Plaintiffs Lisa Arnold, Brandi Trout, and Sandra Golden-Woods, and Defendants Miguel Paredes; Prudent Fiduciary Services, LLC; Lawson H Hardwick, III; Matthew C. Clarke; and Cecil O. Kemp, Jr. (collectively "Movants"), by and through undersigned counsel, jointly request an order establishing April 17, 2025 as the Movants' deadline to file their motion for preliminary approval of class action settlement.

On January 28, 2025, counsel for Plaintiffs filed a Mediation Report indicating that the Movants had reached a settlement in this action. *See* ECF No. 92. Accordingly, on February 4, 2025, in response to the Mediation Report, the Court ordered the parties in this action to "no later than March 14, 2025, submit either (i) a joint stipulation of dismissal or joint motion with proposed agreed order of dismissal or (ii) other filing in resolution of case." *See* ECF No. 93.

The parties have since exchanged a fully executed term sheet concerning the settlement in this complex ERISA class action concerning an Employee Stock Ownership Plan, and the parties are working diligently to finalize their full settlement agreement, including its exhibits. Thereafter, in compliance with the requirements of the Class Action Fairness Act of 2005, 28 U.S.C. §§ 1711–15, Movants will submit to the Court a joint motion for preliminary approval of the settlement in this class action. Accordingly, the parties hereby request that the Court establish April 17, 2025 as the deadline for the submission of the motion for preliminary approval of class action settlement.

Dated: March 13, 2025

Respectfully submitted,

APPROVED FOR ENTRY:
By: /s/Benjamin A. Gastel_____
Benjamin A. Gastel (BPR #28699)
**Herzfeld, Suetholz, Gastel, Leniski
& Wall, PLLC**
223 Rosa L. Parks Ave., Ste 300
Nashville, TN 37203
Telephone: (615) 800-6225
Facsimile: (615) 994-8625
ben@hsglawgroup.com

Alyson S. Beridon (BPR #40040)
**Herzfeld, Suetholz, Gastel, Leniski
& Wall, PLLC**
425 Walnut St., Ste 2315
Cincinnati, OH 45202
Ph: 513-381-2224
alyson@hsglawgroup.com

/s/ Gregory Y. Porter_____
Gregory Y. Porter (admitted pro hac vice)
Ryan T. Jenny (admitted pro hac vice)
Mark G. Boyko (admitted pro hac vice)
**Bailey Glasser LLP**
1055 Thomas Jefferson St., NW, Suite 540
Washington, DC 20007

Telephone: (202) 463-2101
Facsimile: (202) 463-2103
gporter@baileyglasser.com
rjenny@baileyglasser.com
mboyko@baileyglasser.com

Robert A. Izard (admitted pro hac vice)
Douglas P. Needham (admitted pro hac vice)
Christopher M. Barrett (admitted pro hac vice)
**IZARD, KINDALL & RAABE, LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax
rizard@ikrlaw.com
dneedham@ikrlaw.com
cbarrett@ikrlaw.com

*Counsel for Plaintiffs*

/s/ Jonathan Farmer
JONATHAN P. FARMER, BPR #020749
**SPENCER FANE LLP**
511 Union Street, Suite 1000
Nashville, TN 37219
(615) 238-6300
jfarmer@spencerfane.com

J. Christian Nemeth (admitted *pro hac vice*)
Robert M. Kline (admitted *pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
333 SE 2nd Avenue
Suite 4500
Miami, FL 33131-2184
(305) 347-6500
jcnemeth@mwe.com
rkline@mwe.com

*Counsel for Lawson H. Hardwick, III,
Matthew C. Clarke and Cecil O. Kemp, Jr.*

By: *Andrew D. Salek-Raham*
Andrew D. Salek-Raham (admitted pro hac vice)
Lars C. Golumbic (admitted pro hac vice)
Caroline Wood (admitted pro hac vice)
**Groom Law Group, Chartered**

3

1701 Pennsylvania Avenue, NW, Suite 1200
Washington, DC 20006
(202) 861-6615
asalek-raham@groom.com
lgolumbic@groom.com
cwood@groom.com

Mark E. Stamelos (TN 021021)
**FORDHARRISON LLP**
150 Third Ave South, Suite 2010
Nashville, Tennessee 37201
Telephone: (615) 574-6700
Facsimile: (615) 574-6701
mstamelos@fordharrison.com

*Counsel for Miguel Paredes and
Prudent Fiduciary Services, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 13, 2025, a copy of the foregoing Joint Motion to Establish Deadline for Filing of Motion for Preliminary Approval of Class Action Settlement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                                         /s/ Gregory Y. Porter
                                                                         Gregory Y. Porter